MARC S. CWIK, ESQ.
Nevada Bar No. 06946
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
PH:   (702) 893-3383
FAX: (702) 893-3789
E-Mail: Marc.Cwik@lewisbrisbois.com

*Attorneys for Defendant*
*AcceptanceNow*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA M. GRILL,<br><br>    Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.; SUN LOAN COMPANY NEVADA, INC.; ACCEPTANCENOW; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | CASE NO.  2:16-cv-02970 –JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ACCEPTANCENOW TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT [#1]**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED between Plaintiff Maria M. Grill ("Plaintiff"), by and through its counsel of record, Michael Kind, Esq., of the law firm KAZEROUNI LAW GROUP, APC, and Defendant AcceptanceNow ("Defendant"), by and through its counsel of record, Marc S. Cwik, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP; pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, that the time for Defendant to respond to Plaintiff's Complaint [ECF No. 1] on file herein is hereby extended to and including  March 8, 2017.  The Parties are currently discussing this matter for potential early resolution and Defendant requested this extension to allow additional time for such discussions and Plaintiff has agreed to same.

2:16-cv-02970 –JAD-CWH

STIPULATION AND ORDER TO EXTEND TIME

4818-6041-7604.1

IT IS HEREBY FURTHER STIPULATED between the parties that this extension of time does not operate as any admission against interest by Plaintiff concerning the Complaint [ECF No. 1], nor as an admission of any kind by Defendant, nor as a waiver of any defense that Defendant may have with regard to the Complaint [ECF No. 1], to the Court's jurisdiction over this matter, to the venue of this matter, or to service and service of process.

DATED this 28th day of February, 2017.    DATED this 28th day of February, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

KAZEROUNI LAW GROUP, APC

By  /s/ Marc S. Cwik
MARC S. CWIK, ESQ.
Nevada Bar No. 006946
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant AcceptanceNow*

By  /s/ Michael Kind
MICHAEL KIND, ESQ.
Nevada Bar No.: 13903
7854 West Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 1, 2017

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 28[h] day of February, 2017, I did cause a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ACCEPTANCENOW TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT [ECF No. 1] (Second Request)** to be served via the CM/ECF filing system to all parties on the service list.

| *Attorney* | *Party* | *Phone/Fax* |
|---|---|---|
| Michael Kind, Esq.<br>Kazerouni Law Group, APC<br>7854 West Sahara Avenue<br>Las Vegas, NV 89117 | Attorneys for Plaintiff | (800) 400-6808 Ext. 7<br><br>(800) 520-5523 Fax |
| Sara Khosroabadi, Esq.<br>Hyde & Swigart<br>7854 West Sahara Avenue<br>Las Vegas, NV 89117 | Attorneys for Plaintiff | (619) 233-7770<br><br>(619) 2971022 Fax |

By  */s/ Judy Mathé*
Judy Mathé, An Employee of
LEWIS BRISBOIS BISGAARD &
SMITH LLP