Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Maria M. Grill, <br><br> Plaintiff, <br> v. <br><br> Credit One Bank, N.A.; Sun Loan Company Nevada, Inc.; AcceptanceNow; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, <br><br> Defendants. | Case No.: 2:16-cv-02970-JAD-CWH <br><br> **Stipulation of Dismissal of Defendant AcceptanceNow** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Maria M. Grill ("Plaintiff") and Defendant AcceptanceNow ("Defendant") stipulate to dismiss Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 8th day of March 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Marc S. Cwik
Marc S. Cwik, Esq.
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant AcceptanceNow*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 8, 2017, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117