Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Maria M. Grill,<br><br>           Plaintiff,<br><br>v.<br><br>Credit One Bank, N.A.; Sun Loan Company Nevada, Inc.; AcceptanceNow; Experian Information Solutions, Inc.; and Equifax Information Services, LLC,<br><br>           Defendants. | Case No.: 2:16-cv-02970-JAD-CWH<br><br>**Stipulation of Dismissal of Defendant AcceptanceNow**<br><br>ECF No. 20 |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Maria M. Grill ("Plaintiff") and Defendant AcceptanceNow ("Defendant") stipulate to dismiss Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 8th day of March 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Marc S. Cwik
Marc S. Cwik, Esq.
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant AcceptanceNow*

# ORDER

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation [ECF No. 20] is between the plaintiff and only one of the three defendants who have made appearances in this case. Accordingly, I treat it as a joint motion under LR 7-1(c), find good cause, and **GRANT it [ECF No. 20]**. IT IS THEREFORE ORDERED that **all claims against defendant AcceptanceNow are DISMISSED with prejudice**, each party to bear its own fees and costs.

_____
Jennifer Dorsey
U.S. District Judge  3/9/17