Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq. (SBN: 13703)
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

*Attorneys for Plaintiff Maria M. Grill*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Maria M. Grill,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Credit One Bank, N.A.; Sun Loan Company Nevada, Inc.; AcceptanceNow; Experian Information Solutions, Inc.; and Equifax Information Services, LLC,<br><br>　　　　　　　Defendants. | Case No.: 2:16-cv-02970-JAD-CWH<br><br>**Stipulation for Extension of Time for Defendant Sun Loan Company Nevada, Inc. to Respond to Complaint** |

 IT IS HEREBY STIPULATED between Plaintiff Maria M. Grill ("Plaintiff") and Defendant Sun Loan Company Nevada, Inc. ("Defendant" and together with Plaintiffs, the "Parties") pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, that the

time for Defendant to respond to Plaintiff's Complaint, EFC No. 1, on file is extended to and including March 8, 2017. Defendant requested this extension to allow Defendant to retain local counsel and Plaintiff has agreed to the same.

IT IS HEREBY FURTHER STIPULATED between the Parties that this extension does not operate as an admission against any interest by Plaintiff concerning the Complaint, to the Court's jurisdiction over this matter, to the venue of this matter, or to service and service of process.

DATED this 7th day of March 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**JOHNSON & SILVER, LLP**

By: /s/ B. Bruce Johnson
B. Bruce Johnson, Esq.
*Pro Hac Vice to be submitted*
12720 Hillcrest Road, Suite 280
Dallas, TX 75230
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 10, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 7, 2017, the foregoing STIPULATION AND ORDER was served by email to all parties appearing in this case as follows:

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117