Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
Email: preilly@hollandhart.com
smschwartz@hollandhart.com

*Attorneys for Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA M. GRILL,<br><br>             Plaintiff,<br>v.<br><br>CREDIT ONE BANK, N.A, SUN LOAN COMPANY NEVADA, INC.; ACCEPTANCENOW; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>             Defendants. | Case No.: 2:16-cv-02970-JAD-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

## **STIPULATION**

Defendant Credit One Bank, N.A. ("Defendant" or "Credit One") and Plaintiff Maria M. Grill ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline from **April 17, 2017** to **May 5, 2017** for Defendant to answer or otherwise respond to Plaintiff's Complaint.

///

///

///

9768685_1

This stipulation is submitted in good faith and is not for the purpose of delay.

DATED this ___ day of April, 2017.   DATED this ___ day of April, 2017.

By: _____/s/ Michael Kind_____
    Michael Kind, Esq.
    KAZEROUNI LAW GROUP, APC
    7854 W. Sahara Avenue
    Las Vegas, Nevada 89117

    Sara Khosroadbadi, Esq.
    HYDE & SWIGART
    7854 W. Sahara Avenue
    Las Vegas, Nevada 89117

*Attorneys for Maria M. Grill*

By: _____/s/ Susan M. Schwartz_____
    Patrick J. Reilly, Esq.
    Susan M. Schwartz, Esq.
    HOLLAND & HART LLP
    9555 Hillwood Drive, Second Floor
    Las Vegas, Nevada 89134

*Attorneys for Credit One Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT or~~ MAGISTRATE JUDGE

Dated: _April 20, 2017_____