1  Patrick J. Reilly, Esq.
   Nevada Bar No. 6103
2  Susan M. Schwartz, Esq.
   Nevada Bar No. 14270
3  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, NV 89134
   Phone: (702) 669-4600
5  Fax: (702) 669-4650
   Email:  preilly@hollandhart.com
6          smschwartz@hollandhart.com

7  *Attorneys for Credit One Bank, N.A.*

8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA M. GRILL, | Case No.:  2:16-cv-02970-JAD-CWH |
| Plaintiff, | **STIPULATION TO STAY CLAIMS ASSERTED AGAINST CREDIT ONE BANK, N.A. PENDING ARBITRATION** |
| v. | |
| CREDIT ONE BANK, N.A, SUN LOAN COMPANY NEVADA, INC.; ACCEPTANCENOW; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

## STIPULATION

Plaintiff Maria M. Grill and Defendant Credit One Bank, N.A. ("Credit One") hereby stipulate and agree as follows:

1.     Plaintiff commenced this action against Credit One and others on December 22, 2016 (Dkt. 1).

2.     Credit One was granted an extension to May 5, 2017 respond to Plaintiff's complaint (Dkt. 32).

3.     Credit One maintains that Plaintiff's claims against Credit One are subject to a binding arbitration agreement.

4.     In response, Plaintiff agrees to arbitrate her claims as to Credit One only, but does not admit or concede any matter.

9816237_2

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

5.    The parties will file a status report regarding the arbitration proceedings on July 3, 2017, and then every 60 days thereafter, until the conclusion of the arbitration proceedings.

6.    All proceedings and claims against Credit One in the above-entitled action shall be stayed pending the resolution of the arbitration, to be filed at a later date by Plaintiff.

7.    This stipulation shall have no effect on any other claims asserted by Plaintiff in this action.

DATED this 3rd day of May, 2017.                    DATED this 3rd day of May, 2017

By: ___/s/ Susan M. Schwartz, Esq._____          By: _____/s/ Michael Kind, Esq._____
      Patrick J. Reilly, Esq.                               Michael Kind, Esq.
      Susan M. Schwartz, Esq.                            KAZEROUNI LAW GROUP, APC
      HOLLAND & HART LLP                               7854 W. Sahara Avenue
      9555 Hillwood Drive, 2nd Floor                    Las Vegas, Nevada 89117
      Las Vegas, Nevada  89134

                                                         Sara Khosroadbadi, Esq.
*Attorneys for Credit One Bank, N.A.*                    HYDE & SWIGART
                                                         7854 W. Sahara Avenue
                                                         Las Vegas,  Nevada 89117

                                                         *Attorneys for Maria M. Grill*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: ____5/8/2017_____

9816237_2