Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff Maria M. Grill*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Maria M. Grill,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Credit One Bank, N.A.; Sun Loan Company Nevada, Inc.; AcceptanceNow; Experian Information Solutions, Inc.; and Equifax Information Services, LLC,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02970-JAD-CWH<br><br>**Stipulation of Dismissal with prejudice of Defendant Sun Loan Company Nevada, Inc.**<br><br>ECF No. 36 |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Maria M. Grill ("Plaintiff") and Defendant Sun Loan Company Nevada, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 23rd day of May 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**ALPERT, BARR & GRANT**

By: /s/ Mark S. Blackman
Mark S. Blackman, Esq.
B. Bruce Johnson, Esq.
1645 Village Center Circle, Suite 60
Las Vegas, NV 89134
*Attorneys for Defendant*
*Sun Loan Company Nevada, Inc.*

# ORDER

Based on the stipulation between plaintiff and Sun Loan Company [36], which I construe as a joint motion to dismiss under L.R. 7-1(c) because it was signed by fewer than all of the parties in this case, and with good cause appearing, IT IS HEREBY ORDERED that the claims against defendant Sun Loan Company are DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

_____
Jennifer Dorsey, U.S. District Judge
5-24-17