Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff Maria M. Grill*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Maria M. Grill,<br><br>    Plaintiff,<br>v.<br><br>Credit One Bank, N.A.; Sun Loan Company Nevada, Inc.; AcceptanceNow; Experian Information Solutions, Inc.; and Equifax Information Services, LLC,<br><br>    Defendants. | Case No.: 2:16-cv-02970-JAD-CWH<br><br>**Stipulation of Dismissal with prejudice of Defendant Experian Information Solutions, Inc.**<br><br>ECF No. 45 |

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas. Nevada 89148

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Maria M. Grill ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of October 2017.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**Naylor & Braster**

By: /s/ Jennifer L Braster
Jennifer L Braster, Esq.
Andrew J Sharples, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant*

## ORDER

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation [ECF No. 45] is between the plaintiff and only one of the two remaining defendants in this case. Accordingly, I treat it as a joint motion under LR 7-1(c), find good cause, and GRANT it [ECF No. 45]. IT IS THEREFORE ORDERED that **all claims against defendant Experian Information Solutions, Inc. are DISMISSED** with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
October 10, 2017