Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff Maria M. Grill*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Maria M. Grill, <br><br> Plaintiff, <br> v. <br><br> Credit One Bank, N.A.; Sun Loan Company Nevada, Inc.; AcceptanceNow; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, <br><br> Defendants. | Case No.: 2:16-cv-02970-JAD-CWH <br><br> **Stipulation of Dismissal with prejudice of Defendant Credit One Bank, N.A.** <br><br> ECF No. 51 |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Maria M. Grill ("Plaintiff") and Defendant Credit One Bank, N.A. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant Credit One Bank, N.A. in the above-captioned matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 20th day of June 2018.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Maria M. Grill*

**Holland & Hart LLP**

By: /s/ Susan M. Schwartz
Patrick J. Reilly, Esq.
Susan M. Schwartz, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Credit One Bank, N.A.*

# ORDER

Based on the parties' stipulation **[ECF No. 51]** and good cause appearing, and because the dismissal of the claims against lone-remaining defendant Credit One Bank leaves no claims remaining in this case, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 20, 2018